UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY a/s/o ROGER AND NEDRA RICHARDS | : <br> : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION NO. 1:18-cv-41 <br> : <br> : |
| v. | : <br> : |
| WHIPPLE-ALLEN REAL ESTATE, et al. | : <br> : |
| Defendants | : <br> : |
| v. | : <br> : |
| KELLICK CONSTRUCTION COMPANY, RICK BEERY, RICK BEERY MASONRY, and BUILDING INSPECTION UNDERWRITERS OF PENNSYLVANIA, INC. | : <br> : <br> : <br> : <br> : <br> : |
| Third-Party Defendants | : |

## STIPULATION OF DISMISSAL PURSUANT TO F. R. CIV. P. 41(a)(1)(ii)

The matter in difference in the above-entitled action having been amicably resolved by and between all parties, it is hereby stipulated and agreed pursuant to F.R.C.P. 41(a)(1)(ii) that the same be and it is hereby dismissed *with prejudice*, each party to bear their own costs.

DATED:  December 18,  2018


 /s/ Peter G. Rossi                              /s/ Paul K. Geer
Peter G. Rossi, Esq.                           Paul K. Geer, Esquire
Cozen O'Connor, PC                         DiBella, Geer, McAllister & Best, P.C.
1650 Market St., Suite 2800              20 Stanwix Street, Eleventh Floor
Philadelphia, PA 19103                      Pittsburgh, PA 15222

2

  /s/ Michael S. Savett
Michael S. Savett, Esquire
Clark & Fox
951 Haddonfield Road, Ste A-2B
Cherry Hill, NJ 08002



**SO ORDERED**:


_____
United States District Judge