UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY a/s/o ROGER AND NEDRA RICHARDS | : : : : | |
| | : | CIVIL ACTION NO. 1:18-cv-41 |
| Plaintiff, | : : | |
| v. | : : | |
| WHIPPLE-ALLEN REAL ESTATE, et al. | : : | |
| Defendants | : : | |
| v. | : : | |
| KELLICK CONSTRUCTION COMPANY, RICK BEERY, RICK BEERY MASONRY, and BUILDING INSPECTION UNDERWRITERS OF PENNSYLVANIA, INC. | : : : : : : | |
| Third-Party Defendants | : : | |

**STIPULATION OF DISMISSAL PURSUANT TO F. R. CIV. P. 41(a)(1)(ii)**

The matter in difference in the above-entitled action having been amicably resolved by and between all parties, it is hereby stipulated and agreed pursuant to F.R.C.P. 41(a)(1)(ii) that the same be and it is hereby dismissed *with prejudice*, each party to bear their own costs.

DATED:  December 18,  2018

 _/s/ Peter G. Rossi_____
Peter G. Rossi, Esq.
Cozen O'Connor, PC
1650 Market St., Suite 2800
Philadelphia, PA 19103

 _/s/ Paul K. Geer_____
Paul K. Geer, Esquire
DiBella, Geer, McAllister & Best, P.C.
20 Stanwix Street, Eleventh Floor
Pittsburgh, PA 15222

_/s/ Michael S. Savett_____
Michael S. Savett, Esquire
Clark & Fox
951 Haddonfield Road, Ste A-2B
Cherry Hill, NJ 08002


**SO ORDERED**:


Joy Flowers Conti_____                    Dated:  December 18, 2018
United States District Judge